[This opinion has been published in *Ohio Official Reports* at 178 Ohio St.3d 272.]

THE STATE OF OHIO, APPELLEE, *v.* GREEN, APPELLANT.

[Cite as *State v. Green*, 2025-Ohio-591.]

*Sua sponte, causes dismissed as having been improvidently certified and accepted.*

(Nos. 2024-0586 and 2024-0670—Submitted February 11, 2025—Decided February 26, 2025.)

APPEAL from and CERTIFIED by the Court of Appeals for Marion County, No. 9-22-13, 2023-Ohio-4360.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ. BRUNNER, J., concurred in part and dissented in part and would lift the stay of the briefing schedule in case No. 2024-0670 and order the parties to brief that case.

{¶ 1} Sua sponte, the causes are dismissed as having been improvidently certified and accepted. Appellant's motion to "unconsolidate," lift stay, and order briefing is denied as moot.

_____

Raymond A. Grogan Jr., Marion County Prosecuting Attorney, for appellee.

Elizabeth R. Miller, Ohio Public Defender, and Timothy B. Hackett, Assistant Public Defender, for appellant, Ziair Green.

_____